UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY WINN ARRANT,

    Plaintiff,

v.

SACRAMENTO COUNTY JAIL,

    Defendant.

Case No. 22-cv-03801-DMR (PR)

**ORDER OF TRANSFER**

Plaintiff, who is currently at Napa State Hospital, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This case has been assigned to the undersigned Magistrate Judge.[1] Dkt. 5. Plaintiff also filed a completed *in forma pauperis* application and a discovery motion. Dkts. 2, 3.

The acts complained of occurred at the Sacramento County Main Jail, in Sacramento, California which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern District of the United States District Court of California.[2] The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this court's docket as no longer pending in this district. Dkts. 2, 3.

IT IS SO ORDERED.

Dated: 7/11/2022

DONNA M. RYU
United States Magistrate Judge

---

[1] To date, Plaintiff has not yet returned the form indicating whether he consents to or declines magistrate judge jurisdiction in this action.

[2] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).